IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANNY EVERHEART,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D17-0692

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed June 1, 2017.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Danny Everheart, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., CONCUR.